MR. JUSTICE HARRISON
dissenting.
I respectfully dissent. As I view it, we have a factual situation *64 that takes place over a two-year period, involving three defense attorneys and a trial judge making every effort to explain to the defendant his rights. Perhaps the golden words “Are you guilty of the murder of Mrs. _” were not specifically used, but the trial judge asked in the colloquy between the court, the defendant, and his attorney:
“THE COURT: And it is of course understood at this point in time you wish to enter a change of plea in this case; is that correct?
“MR. BARRON: Yes, your Honor. Mr. Huttinger would ask leave to withdraw his plea of Not Guilty to Deliberate Homicide.
“THE COURT: You understand what a plea of guilty entails in this matter, do you not, Mr. Huttinger?
“MR. HUTTINGER: Yes; I do.
“THE COURT: You understand that change of plea, you waive your rights to remain silent? You understand that?
“MR. HUTTINGER: Yes.
“THE COURT: You understand that you waive your right to counsel to represent you in this matter? You understand that?
“MR. HUTTINGER: Yes.
“THE COURT: You waive your right to a jury trial, you understand that?
“MR. HUTTINGER: Yes.
“THE COURT: You also understand that you waive your right to compel attendance of witnesses to appear and testify on your behalf; you understand that?
“MR. HUTTINGER: Yes.
“THE COURT: You understand the penalty for Deliberate Homicide in the State of Montana is imprisonment in the Montana State Prison, Deer Lodge, for a term not to exceed one hundred years; you understand that?
“MR. HUTTINGER: Yes.”
In withdrawing his plea of not guilty, I believe the only plea that can be considered under these circumstances is that he is entering a plea of guilty. He stated he understood waiving his rights and the *65 sentence to be imposed and so the record indicates he understood the plea bargaining in dropping the aggravated kidnapping charge, which could have resulted in a death penalty if defendant had been convicted of both charges. Under these particular circumstances, I would affirm the judgment and sentence.